United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAOLA CARRANCO LIMON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-25-0063 |
| | § | |
| DEPARTMENT OF HOMELAND SECURITY, *et. al.*, | § | |
| | § | |
| *Defendants*. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the Court's Order entered on this date, this matter is **CLOSED**.

This is a Final Judgment.

The Clerk shall provide a copy of this Final Judgment to the parties.

SIGNED at Houston, Texas on June 22, 2026.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE